AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00464 |
| Shawn Price | ) | Assigned To : Meriweather, Robin M. |
| | ) | Assign. Date : 6/7/2021 |
| | ) | Description: Complaint w/ Arrest Warrant |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____Shawn Price_____,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☒ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly Engaging in Disorderly or Disruptive Conduct in any Restricted Building or Grounds; 40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. § 2 - Obstruct, influence, or impede any official proceeding, or attempt to do so, or to aid, abet, counsel, command, or induce or procure the commission of that offense

Date: 06/07/2021                                                       2021.06.07 13:13:16 -04'00'
                                                                           *Issuing officer's signature*

City and state:     Washington, D.C.                 Robin M. Meriweather, U.S. Magistrate Judge
                                                                         *Printed name and title*

---

**Return**

This warrant was received on *(date)* JUNE 7, 2021, and the person was arrested on *(date)* JUNE 8, 2021
at *(city and state)* ROCKAWAY TOWNSHIP, NJ.

Date: JUNE 8, 2021

*Arresting officer's signature*

ROBERT TRAINOR, TASK FORCE OFFICER
*Printed name and title*