**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **Case No.: 22-CR-106** |
| | : | |
| **SHAWN PRICE** | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Michael M. Gordon, who may be contacted by telephone at (813) 274-6370.  or email at Michael.gordon3@usdoj.gov  This is notice of his appearance in this matter on behalf of the United States. This appearance is in place of Assistant United States Attorney William Dreher.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    /s/ *Michael M. Gordon*
        Michael M. Gordon
        Assistant United States
        Attorney, Detailee
        555 4th Street, N.W.
        Washington, D.C. 20530
        Telephone No. (813) 274-6370
        michael.gordon3@usdoj.gov